UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH COX, as an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GRUMA CORPORATION,<br><br>　　　　Defendant. | Case No.: 12-06502-YGR<br><br>**ORDER REGARDING STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING (DKT. NO. 11)** |

The Court has reviewed the parties' stipulation at Dkt. No. 11. The Court **DENIES** the request to schedule a hearing date on the pending motion for class certification but to otherwise suspend briefing. If Plaintiff seeks sufficient time for discovery to support a motion for class certification, Plaintiff shall withdraw the pending motion until she can prepare an adequate motion.

To the extent that Plaintiff still seeks to schedule a hearing date notwithstanding the anticipated motion to dismiss, the parties shall meet and confer to propose a briefing schedule and hearing date for class certification. The parties shall take into account: (i) the Defendant's anticipated motion to dismiss; (ii) the time needed for discovery; *and* (iii) providing the Court with *at least* three weeks to consider all briefs prior to the class certification hearing.

This Order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: January 16, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**