UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH COX, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>Defendant. | Case No. 12-cv-06502-YGR<br><br>**[PROPOSED]** **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE** |

On this day the Court considered the unopposed motion of Defendant Gruma Corporation for leave to reply to Plaintiff's Response to Supplemental Brief Regarding Referral to the United States Food and Drug Administration Pursuant to 21 C.F.R. § 10.25(c).

Having considered the unopposed motion and briefing on file, the Court is of the opinion that the motion is proper and should be GRANTED.

It is therefore ORDERED that Defendant Gruma Corporation be **GRANTED** leave to reply to Plaintiff's Response to Supplemental Brief Regarding Referral to the United States Food and Drug Administration Pursuant to 21 C.F.R. § 10.25(c).

Accordingly, Defendant Gruma Corporation shall have two days from the date of this Order to file its Reply to Plaintiff's Response to Supplemental Brief Regarding Referral to the United States Food and Drug Administration Pursuant to 21 C.F.R. § 10.25(c), attached as Exhibit A to Defendant's Motion for Leave.

This Order terminates Dkt. No. 65.

IT IS SO ORDERED.

Dated: June 28, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

1