United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE GRIFFITH, et al., <br>     Plaintiffs, <br>     v. <br> GRUMA CORPORATION, <br>     Defendant. | Case No. 14-cv-00833-MEJ <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Cox v. Gruma Corp., Case No. 12-cv-6502 YGR.

**IT IS SO ORDERED.**

Dated: February 26, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge