UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLE GRIFFITH, et al.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**GRUMA CORPORATION,**<br><br>    **Defendant.** | **Case No.: 14-cv-833 YGR**<br>**[related case 12-cv-6502 YGR]**<br><br>**ORDER RE: CONSOLIDATION** |

The Court **ORDERS** that 4:12-CV-6502-YGR, *Cox v. Gruma*, and 4:14-CV-833-YGR are **CONSOLIDATED** for all purposes. Case No. 4:12-CV-6502-YGR shall be the lead case number, and all further filings shall be in the lead case number only. Case number 4:14-CV-833-YGR shall be administratively closed.

**IT IS SO ORDERED.**
Dated:  April 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**