# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH COX, NICHOLE GRIFFITH AND JUDY TRUJILLO-PEREZ as an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUMA CORPORATION,<br><br>Defendant. | Case No. 12-cv-06502-YGR<br><br>[Related to Case No.: 14-cv-00833-YGR]<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:     July 22, 2014<br>Time:    2:00 p.m.<br>Location: Courtroom 4, 3rd Floor |

Before the Court is the stipulation and request to continue the hearing on Defendant Gruma Corporation's ("Defendant") Motion to Dismiss (Dkt. 89) and Motion to Strike (Dkt. 90). The hearing is currently set for July 22, 2014 at 2:00 p.m. Having considered the stipulation, and finding good cause exists, IT IS HEREBY ORDERED:

The hearing on Defendant's Motion to Dismiss and Motion to Strike shall be continued to August 5, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Date: July 18, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING HEARING
CASE NO. 12-CV-06502-YGR