**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABETH COX,** individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>**GRUMA CORPORATION,** *et al.*,<br><br>   Defendant. | **Case No.: 12-CV-6502 YGR**<br>[And consolidated action 14-cv-833 YGR]<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

On July 23, 2014, the parties filed their Stipulation to Dismiss Entire Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(ii).  (Dkt. No. 103.)

Good causing appearing, and based upon that stipulation, this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**Date: July 25, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**